# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147454(6)

VINCENT BURGESS,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

SC: 147454
AGC: 0838-13

_____/

      On order of the Court, the motion for reconsideration of this Court's November 25, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

d0224